UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CASE NO. 09-21742

IN RE:
PAMELA M. TOLLIVER
DEBTOR

PAMELA M. TOLLIVER                                                        PLAINTIFF

VS.                                                                                     ADV. NO. 09-2076

BANK OF AMERICA ET AL.,                                              DEFENDANTS

NOTICE OF DEPOSITION

NOTICE IS HEREBY GIVEN pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure that the PLAINTIFF, PAMELA TOLLIVER, by and through counsel, will take the depositions of the following individuals:

(1) The person or persons most knowledgeable regarding the specific definition, application and use of codes listed on Bates Pages 121-578 of the documents produced by Defendants in response to Plaintiff's discovery requests in this case;

(2) The person or persons most knowledgeable regarding the Defendants' servicing of Plaintiff's mortgage loan, including the transaction history, comment logs, escrow charges and analyses, and all communications between Defendants, or any one acting on their behalf, and Plaintiff.

(3) The person or persons most knowledgeable regarding the Defendants' servicing of Plaintiff's mortgage loan, including all communications between Defendants, or any one acting on their behalf, and any third party.

(4) The person or persons most knowledgeable regarding each fee charged to

1

Plaintiff's account and/or collected from Plaintiff during the life of her loan, including, without limitation, the person or persons most knowledgeable regarding the charging to Plaintiff's account and/or collecting from Plaintiff the following fees or assessments: attorney's fees, property inspection fees, property evaluation fees, drive-by evaluation fees, property preservation fees, bankruptcy fees, foreclosure costs and fees, fees or costs related to option products, certified mail charges, late fees, and title fees, accrued interest charges and fees, property taxes, insurance premiums and other costs and fees, and any other assessments, costs or fees charged to Plaintiff's account and/or collected from Plaintiff that was not credited to principal or current interest.

(5) The person or persons most knowledgeable regarding the mortgage servicing platform used by Defendants, including Real Servicing, to service Plaintiff's mortgage loan, as well as other mortgages within the pool of loans of which Plaintiff's mortgage loan was a part, including, without limitation, the person or persons most knowledgeable regarding: (1) how any such platform or system was used to maintain current balances of amounts due, alert Defendants' personnel of deadlines and delinquencies, catalogue activity on the accounts, generate information for billing statements and letters, carry out or assign foreclosure and bankruptcy tasks by or to retained outside counsel, track timelines for foreclosure, provide dates to populate foreclosure and or bankruptcy documents; and (2) how Plaintiff's loan, as well as the other loans within her pool, were boarded onto any such platform or system, including, without limitation how information concerning prior servicing and loan status were input, uploaded, and reviewed for

      quality control.

(6) The appointed Document Custodian and person or persons most knowledgeable regarding the creation and securitization of the trust of which Plaintiff's mortgage loan was a part of the underlying collateral, including the person or persons most knowledgeable regarding the Prospectus or Prospectus Supplement, Mortgage Loan Schedule ("Schedule 1"), Pooling and Servicing Agreement, the required contents of the Mortgage File associated with Plaintiff's mortgage loan delivered to the Trustee or Custodian or other documents or instruments associated with Plaintiff's mortgage loan maintained by the Depositor or Master Servicer, Master Documents Custodial Agreement, the Trustee's or Custodian's Initial and Final Certifications, and the Trust's REMIC status under the U.S. tax code relative to forfeiture for non-fulfillment of the parties' duties and obligations set out in the Pooling and Servicing Agreement.

(7) The person or persons most knowledgeable regarding the sale of Plaintiff' loan from HUD to Ocwen, including the transfer or assignment of any HUD Forbearance Agreement(s) or Payment Plan(s), any outstanding loan balances including principal, interest, fees, and any arrearages due and owing at the time of the transfer or assignment, and the applicable FHA Single Family Mortgage Loan Sale Agreement between HUD and Ocwen pertaining to Plaintiff's loan.

Deposition of the above-described person(s) shall take place May 20, 2010 at 9:30 a.m. at the offices of Christopher M. Hill & Associates, P.S.C., located at 641 Teton Trail, Frankfort, Kentucky 40601. Said deposition(s) will be taken as if on cross examination for the purpose of discovery and/or use at the trail of the within styled cause of action and shall continue from day

to day as needed, through May 25, 2010, until completed.

             Respectfully Submitted,

             /s/ J. Eileen Zell
             J. EILEEN ZELL (#90398)
             /s/ James P. McHugh (#85090)
             JAMES P. MCHUGH
             ATTORNEYS FOR PLAINTIFF
             Legal Aid of the Bluegrass
             104 East 7th Street
             Covington, Kentucky 41011
             Ph: 859-431-8200 ext 1221

             /s/ Michael O'Hara
             MICHAEL O'HARA (#52530)
             ATTORNEY FOR PLAINTIFF
             O'HARA, RUBERG, TAYLOR, SLOAN & SERGENT
             25 Crestview Hills Mall Road, Suite 201
             Covington, Kentucky 41017-0411
             Ph: 859-331-2000

## CERTIFICATION OF SERVICE

On May 3, 2010, I electronically filed this certification and memorandum with attachments through the ECF system, which will send a notice of electronic filing and any order or judgment the Plaintiff proposes in connection therewith to:

| | |
|---|---|
| Christopher M. Hill, Esq. | J. Eileen Zell, Esq. |
| chrish@hillslaw.com; tinariggs@hillslaw.com | ezell@lablaw.org |
| | |
| Michael O'Hara, Esq. | James P. McHugh, Esq. |
| mohara@ortlaw.com; jenniferb@ortlaw.com | jmchugh@LABLaw.org |

        By:  /s/ J. Eileen Zell
           J. Eileen Zell
           Legal Aid of the Bluegrass

cc: Ms. Donna Chuppe
   Handy, Chuppe & Soergel
   1469 South 4th Street
   Louisville, Kentucky 40208
   Tele: 502-637-8500